UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**01 - 6205 CR - FERGUSON**

Case No.

18 U.S.C. 1028(a)(7) & (c)(3)(A)
18 U.S.C. 1341
18 U.S.C. 287
18 U.S.C. 2

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GREGORY V. REVSON, | ) |
| a/k/a Gregory Bondar, a/k/a Garry | ) |
| Schaffer, a/k/a Edward G. Cantor, | ) |
| a/k/a Gregory J. Trongone, a/k/a | ) |
| Nicholas A. Lucente, a/k/a Randy | ) |
| R. Noppert, a/k/a Patrick Michael | ) |
| Bissonette, a/k/a Ralph Alfonso, | ) |
| a/k/a Ralph Alphonso, a/k/a | ) |
| Philip John Susie, a/k/a William | ) |
| Peter Canavan, a/k/a Michael | ) |
| Anthony Andrews, a/k/a Edward | ) |
| Eugene Roberts, a/k/a Gregory L. | ) |
| Shull, a/k/a Scott Lee Tanner, a/k/a | ) |
| Eduardo Garcia, a/k/a George | ) |
| Garcia, a/k/a Benjamin Kirat, a/k/a | ) |
| Angelo Tragas, a/k/a Joseph Vivek | ) |
| Petrich, a/k/a Edward A. Roberts, | ) |
| a/k/a William Sean Canavan, a/k/a | ) |
| George S. Adams, a/k/a Gary N. | ) |
| Levin, a/k/a Richard Frederick | ) |
| Marsh, a/k/a Richard G. Amos, | ) |
| a/k/a Edward Ian Roberts, a/k/a | ) |
| Edward Scott Roberts, a/k/a Robert | ) |
| Peter Novak, a/k/a Aron Felix | ) |
| Geller, a/k/a Martin Ivo Lemke, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:



## COUNTS 1-39

### False Claims

On or about the dates set forth below, in Broward and Miami-Dade Counties, in the

Southern District of Florida, the defendant,

GREGORY V. REVSON,
a/k/a Gregory Bondar, a/k/a Garry Schaffer,
a/k/a Edward G. Cantor, a/k/a Gregory J. Trongone,
a/k/a Nicholas A. Lucente, a/k/a Randy R. Noppert,
a/k/a Patrick Michael Bissonette, a/k/a Ralph Alfonso,
a/k/a Ralph Alphonso, a/k/a Philip John Susie,
a/k/a William Peter Canavan, a/k/a Michael Anthony Andrews,
a/k/a Edward Eugene Roberts, a/k/a Gregory L. Shull,
a/k/a Scott Lee Tanner, a/k/a Eduardo Garcia, a/k/a George Garcia,
a/k/a Benjamin Kirat, a/k/a Angelo Tragas, a/k/a Joseph Vivek Petrich,
a/k/a Edward A. Roberts, a/k/a Sean Canavan, a/k/a George S. Adams,
a/k/a Richard Frederick Marsh, a/k/a Richard G. Amos,
a/k/a Edward Ian Roberts, a/k/a Edward Scott Roberts,
a/k/a Robert Peter Novak, a/k/a Aron Felix Geller,
a/k/a Martin Ivo Lemke,

knowingly and willfully made and presented to a department and agency of the United States,

that is, the Department of the Treasury, claims upon and against the United States, as specified in

the individual claims below, knowing such claims to be false, fictitious, and fraudulent, as set

forth below:

| COUNT | DATE | CLAIM |
|-------|------|-------|
| 1 | 4/5/99 | Filed false 1998 federal income tax return in the name of Paul Huber, claiming refund entitlement of approximately $4,874.12. |
| 2 | 4/5/99 | Filed false 1998 federal income tax return in the name of Jeffrey Hunter claiming refund entitlement of approximately $4,874.12. |
| 3 | 4/8/99 | Filed false 1998 federal income tax return in the name of Craig A. Albrada claiming refund entitlement of approximately $4,813.09. |

-2-

| 4 | 4/8/99 | Filed false 1998 federal income tax return in the name of Ralph Alfonso claiming refund entitlement of approximately $4,813.09. |
|---|---|---|
| 5 | 4/12/99 | Filed false 1998 federal income tax return in the name of Patrick M. Bissonette claiming refund entitlement of approximately $4,791.00. |
| 6 | 4/13/99 | Filed false 1998 federal income tax return in the name of Craig A. Albrada claiming refund entitlement of approximately $4,859.00. |
| 7 | 4/13/99 | Filed false 1998 federal income tax return in the name of John B. Brisciano claiming refund entitlement of approximately $4,859.00. |
| 8 | 4/13/99 | Filed false 1998 federal income tax return in the name of Vince E. Breedwell claiming refund entitlement of approximately $4,859.00. |
| 9 | 1/7/00 | Filed false 1999 federal income tax return in the name of Vince E. Breedwell claiming refund entitlement of approximately $4,927.00. |
| 10 | 1/7/00 | Filed false 1999 federal income tax return in the name of Ralph Alfonso claiming refund entitlement of approximately $4,898.00. |
| 11 | 1/18/00 | Filed false 1999 federal income tax return in the name of David T. Adams claiming refund entitlement of approximately $4,960.21. |
| 12 | 2/18/00 | Filed false 1999 federal income tax return in the name of Jeff D. Adams claiming refund entitlement of approximately $4,839.36. |
| 13 | 1/18/00 | Filed false 1999 federal income tax return in the name of Timothy S. Adams claiming refund entitlement of approximately $4,872.41. |
| 14 | 1/18/00 | Filed false 1999 federal income tax return in the name of Adrian D. Brown claiming refund entitlement of approximately $4,933.85. |
| 15 | 1/18/00 | Filed false 1999 federal income tax return in the name of Arthur L. Brown claiming refund entitlement of approximately $4,866.15. |

| 16 | 1/18/00 | Filed false 1999 federal income tax return in the name of Christopher A. Padgett claiming refund entitlement of approximately $4,836.01. |
| 17 | 1/18/00 | Filed false 1999 federal income tax return in the name of Ethel M. Padgett claiming refund entitlement of approximately $4,937.91. |
| 18 | 1/24/00 | Filed false 1999 federal income tax return in the name of James Hope claiming refund entitlement of approximately $4,827.64. |
| 19 | 1/24/00 | Filed false 1999 federal income tax return in the name of Terron D. Rawls claiming refund entitlement of approximately $4,937.57. |
| 20 | 2/10/00 | Filed false 1999 federal income tax return in the name of Paul A. Hayes claiming refund entitlement of approximately $4,914.12. |
| 21 | 1/28/00 | Filed false 1999 federal income tax return in the name of Stephanie J. Hayes claiming refund entitlement of approximately $4,836.29. |
| 22 | 1/28/00 | Filed false 1999 federal income tax return in the name of Travis S. Hayes claiming refund entitlement of approximately $4,827.97. |
| 23 | 1/31/00 | Filed false 1999 federal income tax return in the name of Catherine L. Canter claiming refund entitlement of approximately $4,933.67. |
| 24 | 1/31/00 | Filed false 1999 federal income tax return in the name of Laurence Cantor claiming refund entitlement of approximately $4,866.47. |
| 25 | 2/7/00 | Filed false 1999 federal income tax return in the name of Cedric L. Brown claiming refund entitlement of approximately $4,858.31. |
| 26 | 2/9/00 | Filed false 1999 federal income tax return in the name of Carl Hoffman claiming refund entitlement of approximately $4,817.45. |
| 27 | 2/9/00 | Filed false 1999 federal income tax return in the name of Daniel R. Hoffman claiming refund entitlement of approximately $4,822.55. |

| 28 | 2/9/00 | Filed false 1999 federal income tax return in the name of Chadwick F. Brown claiming refund entitlement of approximately $4,768.22. |
| 29 | 2/9/00 | Filed false 1999 federal income tax return in the name of Jose A. Canton claiming refund entitlement of approximately $4,809.15. |
| 30 | 2/15/00 | Filed false 1999 federal income tax return in the name of Charles D. Andrews claiming refund entitlement of approximately $4,939.96. |
| 31 | 2/15/00 | Filed false 1999 federal income tax return in the name of Richard B. Andrews claiming refund entitlement of approximately $4,914.88. |
| 32 | 2/15/00 | Filed false 1999 federal income tax return in the name of Nicholas A. Hayes claiming refund entitlement of approximately $4,851.39. |
| 33 | 2/15/00 | Filed false 1999 federal income tax return in the name of Oscar L. Hayes claiming refund entitlement of approximately $4,922.17. |
| 34 | 2/15/00 | Filed false 1999 federal income tax return in the name of Fredrick W. Adkins claiming refund entitlement of approximately $4,824.74. |
| 35 | 2/15/00 | Filed false 1999 federal income tax return in the name of John B. Adkins claiming refund entitlement of approximately $4,841.44. |
| 36 | 2/15/00 | Filed false 1999 federal income tax return in the name of Kenneth W. Anthony claiming refund entitlement of approximately $4,869.54. |
| 37 | 2/15/00 | Filed false 1999 federal income tax return in the name of Michael D. Anthony claiming refund entitlement of approximately $4,779.28. |
| 38 | 2/16/00 | Filed false 1999 federal income tax return in the name of Manuel A. Canton claiming refund entitlement of approximately $4,843.74. |
| 39 | 3/15/00 | Filed false 1999 federal income tax return in the name of Gregory Shull claiming refund entitlement of approximately $4,925.00. |

All in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT 40

### MAIL FRAUD

On or about November 10, 1999, at Broward County, in the Southern District of Florida,

the defendant,

GREGORY V. REVSON,
a/k/a Gregory Bondar, a/k/a Garry Schaffer,
a/k/a Edward G. Cantor, a/k/a Gregory J. Trongone,
a/k/a Nicholas A. Lucente, a/k/a Randy R. Noppert,
a/k/a Patrick Michael Bissonette, a/k/a Ralph Alfonso,
a/k/a Ralph Alphonso, a/k/a Philip John Susie,
a/k/a William Peter Canavan, a/k/a Michael Anthony Andrews,
a/k/a Edward Eugene Roberts, a/k/a Gregory L. Shull,
a/k/a Scott Lee Tanner, a/k/a Eduardo Garcia, a/k/a George Garcia,
a/k/a Benjamin Kirat, a/k/a Angelo Tragas, a/k/a Joseph Vivek Petrich,
a/k/a Edward A. Roberts, a/k/a Sean Canavan, a/k/a George S. Adams,
a/k/a Richard Frederick Marsh, a/k/a Richard G. Amos,
a/k/a Edward Ian Roberts, a/k/a Edward Scott Roberts,
a/k/a Robert Peter Novak, a/k/a Aron Felix Geller,
a/k/a Martin Ivo Lemke,

knowingly and willfully devised and intended to devise a scheme and artifice to defraud, and to

obtain money and property by means of false and fraudulent pretenses, representations, and

promises, to wit, the defendant falsely represented himself to be Edward G. Cantor and applied

for and received a loan from PeopleFirst.Com for $31,811.94 for the purchase of a 1999

Chevrolet Suburban, and thereafter caused to be placed in a post office and authorized depository

for mail matter, a matter and thing to be delivered by the Postal Service, that is, check number

1032712 in the amount of $31,811.94, drawn on PeopleFirst.Com, and made payable to Pines

Pontiac GMC Truck, for the purpose of executing the scheme and artifice to defraud, in violation

of Title 18, United States Code, Sections 1341 and 2.

-6-

## COUNTS 41-43

### IDENTITY THEFT

The allegations stated in Counts 20, 38, and 40 of this Indictment are incorporated herein

as though realleged in their entirety.

On or about the dates specified in the separate counts below, at Broward County and

elsewhere in the Southern District of Florida, the defendant,

GREGORY V. REVSON,
a/k/a Gregory Bondar, a/k/a Garry Schaffer,
a/k/a Edward G. Cantor, a/k/a Gregory J. Trongone,
a/k/a Nicholas A. Lucente, a/k/a Randy R. Noppert,
a/k/a Patrick Michael Bissonette, a/k/a Ralph Alfonso,
a/k/a Ralph Alphonso, a/k/a Philip John Susie,
a/k/a William Peter Canavan, a/k/a Michael Anthony Andrews,
a/k/a Edward Eugene Roberts, a/k/a Gregory L. Shull,
a/k/a Scott Lee Tanner, a/k/a Eduardo Garcia, a/k/a George Garcia,
a/k/a Benjamin Kirat, a/k/a Angelo Tragas, a/k/a Joseph Vivek Petrich,
a/k/a Edward A. Roberts, a/k/a Sean Canavan, a/k/a George S. Adams,
a/k/a Richard Frederick Marsh, a/k/a Richard G. Amos,
a/k/a Edward Ian Roberts, a/k/a Edward Scott Roberts,
a/k/a Robert Peter Novak, a/k/a Aron Felix Geller,
a/k/a Martin Ivo Lemke,

knowingly, willfully, and without lawful authority, used in and affecting interstate and foreign

commerce, a means of identification of another person, as identified in the separate counts below,

with the intent to commit, aid, and abet unlawful activity that was a violation of Federal law, as

set forth below:

-7-

| COUNT | DATES | ID USED | CONDUCT |
|---|---|---|---|
| 41 | 11/10/99 - 11/13/99 | Social Security number for Edward G. Cantor and fraudulent Florida driver's license in the name of Edward G. Cantor | Used Social Security number for Edward G. Cantor to obtain car loan for approximately $31,811.94 from PeopleFirst.Com in the name of Edward G. Cantor, and used fraudulent Florida driver's license in the name of Edward G. Cantor to present to car dealer upon "purchase" of vehicle with loan from PeopleFirst.Com, in mail fraud scheme, in violation of Title 18, United States Code, Section 1341, as specified in Count 40 and incorporated herein by reference. |
| 42 | 12/15/99 - 3/30/00 | Social Security number for Edward G. Cantor and fraudulent Florida driver's license in the name of Edward G. Cantor | Used Social Security number and false license to open bank account in the name of Edward G. Cantor at Republic Bank, which defendant attempted to use to negotiate a fraudulently obtained federal income tax refund in the name of Manuel A. Canton, in violation of Title 18, United States Code, Section 287, as specified in Count 38 and incorporated herein by reference. |
| 43 | 1/10/00 - 8/10/00 | Social Security number for Randy R. Noppert | Used Social Security number to open bank account in the name of Randy R. Noppert with Nbank.com, an Internet subsidiary of First National Bank of Commerce, which defendant attempted to use to negotiate a fraudulently obtained federal income tax refund in the name of Paul A. Hayes, in violation of Title 18, United States Code, Section 287, as specified in Count 20 and incorporated herein by reference. |

All in violation of Title 18, United States Code, Sections 1028(a)(7) and (c)(3)(A), and

-8-

Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES OF AMERICA**

v.

GREGORY V. REVSON

**Court Division**: (Select One)

_____ Miami   _____ Key West
__X__ FTL   _____ WPB ____FTP

**CASE NO.** _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information**:

New Defendant(s)        Yes _____  No _____
Number of New Defendants      _____
Total number of counts        _____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:        (Yes or No)  No _____
      List language and/or dialect    _____

4.    This case will take    15    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | | _____ |
| II | 6 to 10 days | _____ | Minor | | _____ |
| III | 11 to 20 days | __X__ | Misdem. | | _____ |
| IV | 21 to 60 days | _____ | Felony | | __X__ |
| V | 61 days and over | _____ | | | |

6.    Has this case been previously filed in this District Court? (Yes or No)    No
      If yes:
      Judge: _____      Case No. _____
      (Attach copy of dispositive order)

      Has a complaint been filed in this matter? (Yes or No)  Yes _____
      If yes:
      Magistrate Case No.      01-4219-BSS _____
      Related Miscellaneous numbers: _____
      Defendant(s) in federal custody as of   _____
      Defendant(s) in state custody as of    9-19-00 _____
      Rule 20 from the _____      District of _____

      Is this a potential death penalty case? (Yes or No) ____ No _____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8.    Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
Robin S. Rosenbaum
ASSISTANT UNITED STATES ATTORNEY
No. 908223

\*Penalty Sheet(s) attached                                        REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   Gregory V. Revson                          No.: _____

Counts # 1-39:
False claims, in violation of 18:287 _____

*Max Penalty:     5 years' imprisonment; $250,000.00 fine _____

Count # 40:
mail fraud, in violation of 18:1341 _____

*Max Penalty:     5 years' imprisonment; $250,000.00 fine _____

Counts # 41-43:
identity theft, in violation of: 18:1028(a)(7) & (c)(3)(A) _____

*Max Penalty:     15 years' imprisonment; $250,000.00 fine _____

Count # : _____

*Max Penalty: _____

Count # : _____

*Max Penalty: _____

Count # : _____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

No. 04692

# UNITED STATES DISTRICT COURT

Southern District of Florida

Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

GREGORY V. REVSON

## INDICTMENT

18 U.S.C. §1028(a)(7) & (c)(3)(A)
18 U.S.C. §1341
18 U.S.C. §287
18 U.S.C. §2

A true bill.

_____
Foreperson

Filed in open court this

_____
day,

of

_____ A.D. 19 _____

_____
Clerk

Bail, $

_____